AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-CR-00101-ABJ |
| JAY MATTHEW KENYON | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                             .

Date:  05/08/2023                                    /s/ Craig Estes
                                                         *Attorney's signature*

                                                        Craig Estes
                                                 *Printed name and bar number*

                                            John Joseph Moakley Courthouse
                                                   One Courthouse Way
                                                     Boston, MA 02210

                                                         *Address*

                                               craig.estes@usdoj.gov
                                                     *E-mail address*

                                                     (617) 748-3100
                                                    *Telephone number*


                                                       *FAX number*