UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **JAY KENYON** ) <br> ) <br> ) <br> **Defendant** ) <br> ) | Case No. 23-cr-00101-ABJ |

**DEFENDANT JAY KENYON'S NOTICE RE: ISSUANCE OF VERDICT**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

COMES NOW Defendant Jay Kenyon, by and through his undersigned counsel of record William L. Shipley, and respectfully files this Notice of Defendant Kenyon's position regarding this Court issuing a verdict on the First Superseding Indictment.

Having conferred with undersigned, Defendant Kenyon agrees with this Court's position that the issuance of this Court's verdict should be postponed until the United States Supreme Court's decision in *United States v. Fischer*.

Dated: April 22, 2024             Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com