UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 23-cr-101 (ABJ) |
| | : | |
| JAY KENYON, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE REGARDING ISSUANCE OF VERDICT

In consideration of the Court's query during the April 22, 2024 conference call, the government has conferred and does not oppose postponing the reading of the Court's verdict in this case until after the Supreme Court decision in *Fischer*.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Sarah C. Martin*
SARAH C. MARTIN
Assistant United States Attorney
Bar No. 1612989
555 Fourth Street, N.W.
Washington, DC  20530
Sarah.Martin@usdoj.gov
(202) 252-7048